UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
Markel Nance                                               )
                                                           )
        Plaintiff,                                 )
                                                           )  Civil Action No. 9:18-cv-398 (DNH/DEP)
v.                                                         )
                                                           )
Jeff Nabozny, Eugene Raimo, James Huntington )
Robert Gregory, D. Jackson, "John" Byers and  )
Christopher Miller, each individually and as   )
Officers, a Sergeant, Nurse and Superintendent )
Of the New York State Department of            )
Correction and Community Supervision,          )
 each acting in their Official                 )
Capacities.                                    )
-----------------------------------------------------------x

## STATUS REPORT

      A telephone status conference was originally scheduled for 3:00 P.M. on 11/20/18. I have conferred with my adversary, Assistant Attorney General William A. Scott. Subject to the court's approval we would ask that the conference be adjourned until after the 1st of the year.

      We advise the court of the following:

1) .Plaintiff is discontinuing his claim against defendant D. Jackson and will consent to dismissal of same;
2) All documentary evidence now known to exist has been exchanged;
3) No joinder of parties is taking place;
4) We will confer before the end of the year to set up a series of deposition dates;
5) There are no motions now known to be necessary; the discovery process as it unfolds could trigger motions but we are not at that stage.

Respectfully yours,
James P. Harding

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated:  November 20, 2018
       Utica, NY

Upon discontinuance by plaintiff, Defendant D. Jackson is hereby dismissed from this action with prejudice.