

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2255

January 15, 2021

Hon. David N. Hurd
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re:     *Nance v Nabozny et al*
        *Northern District of New York*
        18-CV-0398 (DNH)(DEP)

Dear Judge Hurd:

The undersigned has consulted with counsel for the plaintiff and this status report is submitted on behalf of all parties and pursuant to the Court's text order of 12/3/2020.  At this point, discovery in the matter is complete and there are no pending dispositive motions.  The parties have been, and continue, to engage in settlement discussions.  Despite these discussions the parties have not been able to come to an agreement to resolve the matter and, as such, the case is trial ready.

Thank you for your consideration of this matter.

Very truly yours,

/s William A. Scott

William A. Scott
Assistant Attorney General
Bar Roll No. 512434